**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend, | Case No. 4:25-CV-00418-ALM |
| *Plaintiffs*, | |
| v. | |
| Providence Homeowners Association, FirstService Residential Texas, Inc., | |
| *Defendants*. | |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR
APPOINTMENT OF CLASS COUNSEL**

Plaintiffs' counsel moves for the appointment of additional counsel as class counsel per Fed. R. Civ. P. 23(g) because Plaintiffs' additional counsel from the NAACP Legal Defense and Educational Fund, Inc. ("LDF Counsel") were retained after Plaintiffs' initial motion for appointment of class counsel. LDF Counsel has experience in handling significant class actions. The Declaration of Morenike Fajana filed along with this motion sets out the Fed. R. Civ. P. 23(g)(1)(A) elements for LDF Counsel. *See* Declaration of Morenike Fajana. LDF Counsel has the resources and commitment to represent Plaintiffs and the proposed classes diligently and zealously through the completion of litigation. *Id.* Accordingly, LDF Counsel should be appointed by the Court as class counsel in addition to Laura Beshara and Michael Daniel. *See* Declaration of Laura Beshara, ECF No. 37-1. LDF Counsel has extensive experience in litigating civil rights and civil liberties class action cases and has the requisite skill and expertise to represent the class in this

1

case.

Plaintiffs rely on and incorporate fully the declaration, and exhibits thereto, attached to this motion.

WHEREFORE, Plaintiffs respectfully request that this Court:

A.  Appoint attorneys from NAACP Legal Defense and Educational Fund, Inc. as Co-Class Counsel to Plaintiffs' counsel, Daniel & Beshara.

B.  Grant such other relief as may be reasonable and just.

*/s/ Morenike Fajana*
Morenike Fajana\*
Elizabeth Caldwell\*
Amira Perryman\*\*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org
bcaldwell@naacpdlf.org
aperryman@naacpldf.org

Maydrian Strozier-Lowe\*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2187
mstrozier-lowe@naacpldf.org

Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net
Lead Attorney for Plaintiffs

2

Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net

*admitted *pro hac vice*
** *pro hac vice* admission forthcoming

Attorneys for Plaintiffs

## CERTIFICATE OF CONFERENCE

I certify that Plaintiffs' counsel has complied with the meet and confer requirement in Local Rule CV-7(h) concerning this motion by conferring with counsel for both Defendants on the subject of this motion on February 2, 2026 and that Defendant FirstService is opposed to this motion and Defendant Providence Homeowners' Association is opposed to this motion.

*/s/ Morenike Fajana*
Morenike Fajana

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the United States District Court for the Eastern District of Texas by using the CM/ECF system.  I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system, and paper copies will be sent to those indicated as non-registered participants, if any.

*/s/ Morenike Fajana*
Morenike Fajana