**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend, <br><br> *Plaintiffs*, <br><br> v. <br><br> Providence Homeowners Association, FirstService Residential Texas, Inc., <br> *Defendants*. | Case No. 4:25-CV-00418-ALM |

**<u>DECLARATION OF MORENIKE FAJANA
IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR APPOINTMENT OF
CLASS COUNSEL</u>**

1. I am an attorney at the NAACP Legal Defense and Educational Fund, Inc. ("LDF"), and serve as co-counsel for Plaintiffs in the above-captioned litigation.

2. LDF is the nation's first and foremost civil rights firm focused on racial justice and was founded in 1940 under the leadership of Thurgood Marshall. LDF attorneys build on decades of institutional knowledge and experience in civil rights litigation, including class actions.

3. I serve as senior counsel at LDF. I joined LDF in 2021 as Assistant Counsel. I currently litigate complex civil rights cases, including class action cases concerning housing discrimination claims.

4. Prior to joining LDF, I was a Special Counsel at the New York State Office of the Attorney General, where I worked on civil rights litigation, policy and advocacy matters. I previously worked as a tenant attorney representing individuals, tenant groups and tenant associations across New York City at the Legal Aid Society and the New York Legal Assistance Group.

5. As a tenant attorney, I helped low-income families secure habitable housing, defend against eviction proceedings and obtain relief for harassment and racial discrimination under the Fair Housing Act.

6. I am a member of the bars of the State of New York, Supreme Court of the United States, United States Court of Appeals for the First, Second, Eighth and Eleventh Circuits. I have also been qualified to practice *pro hac vice* in federal court cases in the Northern District of Alabama, Northern District of Florida, District of New Hampshire, Western District of New York and Eastern District of Texas. I graduated from Columbia Law School in 2013.

7. The LDF attorneys involved in representing Plaintiffs include Elizabeth Caldwell, Amira Perryman, Maydrian A. Strozier-Lowe, and myself.

8. Elizabeth Caldwell is Assistant Counsel at LDF. Before joining LDF in 2024, Ms. Caldwell was Appellate Counsel at the Center for Appellate Litigation and an Adjunct Professor at New York University School of Law. She previously served as a law clerk to two judges on the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the First Circuit. She is a member of the bar of the State of New York, United States Court of Appeals for the First and Tenth Circuits, and United States District Courts for the Southern District of New York and Eastern District of New York. She has also been qualified to practice *pro hac vice* in federal court cases in the Northern District of Alabama, Eastern District of Louisiana, District of New Hampshire, Western District of New York, and Eastern District of Texas. Ms. Caldwell is currently appointed as class counsel in a certified class action pending before the United States Supreme Court and is class counsel in a putative class action in the Eastern District of New York. She graduated *magna cum laude* from New York University School of Law in 2018.

9. Amira Perryman is an Economic Justice Fellow at LDF. Before joining LDF in 2025, Ms. Perryman was a Legal Fellow at the Office of Appellate Litigation and a Litigation Associate at Cleary, Gottlieb, Steen & Hamilton LLP. Ms. Perryman previously served as a law clerk in the United State District Court for the Eastern District of Virginia. She is a member of the bar of the State of New York, and she has been qualified to practice *pro hac vice* in the Northern District of California. She graduated from Columbia Law School in 2021.

10. Maydrian A. Strozier-Lowe is a Marshall-Motley Scholar Fellow at LDF. He is admitted to practice in the United States Court of Appeals for the First Circuit and the District of Columbia. He has been admitted to practice *pro hac vice* in the above captioned case. Mr. Strozier-Lowe graduated from Texas Tech University School of Law in 2024. He joined LDF as a fellow in September of 2024, where his practice primarily consists of economic justice and equal protection issues. He worked on a housing case last year, in the Western District of New York, *HOME v. Avant Realty.*

11. LDF Counsel Morenike Fajana, Elizabeth Caldwell, Amira Perryman and Maydrian A. Strozier-Lowe meet the requisites for appointment as class counsel.

12. Rule 23(g) requires that the district court appoint class counsel for any class that is certified under Rule 23. The lawyers appointed to serve as class counsel must "fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

13. Further, the rule identifies four factors that a court must consider in appointing class counsel: (1) "the work counsel has done in identifying [and] investigating potential claims in the action;" (2) "counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;" (3) counsel's knowledge of the applicable law; and (4) "the resources that counsel will commit to representing the class." Fed. R. Civ. P. 23(g)(1)(A).

14. LDF Counsel has reviewed and analyzed the complaints filed by co-counsel Daniel & Beshara in this action, the pleadings in this action, and tens of thousands of documents produced by the Department for Housing and Urban Development (HUD) consisting of the HUD electronic record for the January 14, 2025 HUD Charge and Determination of Reasonable Cause issued by HUD concerning the issues in this case and documents produced by Defendants in this action as part of their investigation of the claims. LDF Counsel has familiarized themselves with the nature of the harm alleged by plaintiffs.

15. LDF has litigated numerous certified and putative class action cases concerning fair housing and/or consumer rights, including *Pickett v. Cleveland,* 1:19-cv-02911 (N.D.Ohio); *Morningside Community Organization v. Sabree*, Case No. 16-008807-CH (Wayne Cnty. Cir. Ct.); *Greater New Orleans Fair Housing Action Center v. U.S. Department of Housing and Urban Development,* 1:08-cv-01938 (D.D.C.); *Liberty National Life Insurance Co. v. Moore*, No. 99-03262-CV-BU-S (N.D. Ala.); *Tolbert v. Ohio Department of Transportation*, No. 3:97-cv-7592 (N.D. Ohio); *United States v. American Family Mutual Insurance Co.*, 2:90-cv-00759-RTR (E.D. Wis.); *Oliver v. City of Indio*, 8:90-cv-00097-AHS (C.D. Cal.); and *Kristiansen v. John Mullins & Sons, Inc.*, No. 70-C-1041 (E.D.N.Y.).

16. Courts have found LDF to be adequate class counsel in numerous class actions. *See, e.g., Fortune Society, Inc. v. Macy's, Inc.*, 1:19-cv-05961 (S.D.N.Y.); *Times v. Target Corp.*, 1:18-cv-02993-DCF (S.D.N.Y.); *Little v. Washington Metropolitan Area Transit Authority,* 1:14-cv-01289-RMC (D.D.C.); *Wright v. Stern*, No. 01-Civ.-4437-DC (S.D.N.Y.); *United States v. American Family Mutual Insurance Co.*, 2:90-cv-00759-RTR (E.D. Wis.).

17. Elizabeth Caldwell, Amira Perryman, Maydrian Strozier-Lowe and I have knowledge of the substantive and procedural law involved in this case. LDF counsel have represented other plaintiffs in complex federal litigation cases asserting similar types of Fair Housing Act claims asserted in this action including *Housing Opportunities Made Equal of NY v. Avant Realty,* 1:25-cv-00040 (W.D.N.Y).

18. LDF Counsel will commit resources to representing the class that are sufficient, including attorneys Elizabeth Caldwell, Amira Perryman, Maydrian A. Strozier-Lowe,

paralegal support, supervision and other necessary resources. These resources coupled with co-counsel Daniel & Beshara's resources and the legal analysis, investigative files, the HUD Final Investigative Report and HUD electronic record for the January 14, 2025 HUD Charge and Determination of Reasonable Cause concerning the issues in this case and produced by HUD during its investigation will help ensure that the class is adequately represented.

19. LDF Counsel intends to fairly and adequately represent the interests of the class.

20. LDF Counsel, Elizabeth Caldwell, Amira Perryman, Maydrian A. Strozier-Lowe, and I have been involved in the preparation of this lawsuit, including developing facts and legal arguments and drafting briefs. We are familiar with the issues and will zealously represent the plaintiffs and the class. None of us is receiving any reimbursement from the individual plaintiffs or class members in this case, nor is LDF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9th day of February 2026.

_____
Morenike Fajana