## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend,<br><br>*Plaintiffs*,<br><br>v.<br><br>Providence Homeowners Association, FirstService Residential Texas, Inc.,<br><br>*Defendants*. | Case No. 4:25-CV-00418-ALM |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' SUPPLEMENTAL MOTION FOR APPOINTMENT OF CLASS COUNSEL

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiffs' Motion (Dkt. # 37) requesting appointment of counsel for the classes and the Supplemental Motion for Appointment of Class Counsel.

The Court hereby finds that counsel has satisfied the requirements for class certification under Federal Rules of Civil Procedure 23(g). The Court hereby appoints Laura Beshara and Michael Daniel of Daniel & Beshara, P.C. and Morenike Fajana, Elizabeth Caldwell, Amira Perryman, and Maydrian A. Strozier-Lowe of NAACP Legal Defense and Educational Fund, Inc. as counsel to represent the classes in this case.

It is so ordered.

_____