**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DEWANNA JOHNSON *ET AL.*** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CV-00418** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY DEMAND** |
| **ASSOCIATION, FIRSTSERVICE** | § | |
| **RESIDENTIAL TEXAS, INC.** | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Defendant FirstService Residential Texas, Inc.'s ("FirstService") unopposed motion seeking extension of the current March 20, 2026, deadline for FirstService to disclose experts, as to expert Helga Zaulner to provide her final disclosure/report, to and including April 20, 2026 (the "Unopposed Motion to Extend" - Dkt. #107). The Court finds that the Unopposed Motion to Extend has merit and should be and hereby is GRANTED.

It is therefore ORDERED that the March 20, 2026, deadline for FirstService to disclose experts, as to expert Helga Zaulner to provide her final disclosure/report, is hereby extended to and including April 20, 2026.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE