**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend,<br><br>*Plaintiffs*,<br><br>v.<br><br>Providence Homeowners Association,<br><br>FirstService Residential Texas, Inc.,<br><br>*Defendants*. | Case No. 4:25-CV-00418-ALM |

### ORDER

Before the Court is Plaintiffs' opposed Supplemental Motion for Appointment of Class Counsel (Dkt. #102), to which no response has been filed.

The Court hereby **ORDERS** that Defendants shall file a response to  Plaintiffs' Supplemental Motion for Appointment of Class Counsel no later than April 2, 2026, or notify the Court that there is no opposition.  If no response is filed by the deadline set forth herein, the Court will assume that neither FirstService Residential Texas, Inc. nor Providence Homeowners Association is opposed to the Court's granting Plaintiffs' motion.

**IT IS SO ORDERED.**

 **SIGNED this 24th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE