# Exhibit A

**EXHIBIT**

**2**

exhibitsticker.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend, Plaintiffs,<br><br>v.<br><br>Providence Homeowners Association, FirstService Residential Texas, Inc., Defendants. | Case No. 4:25-CV-00418-ALM |

**EXPERT REPORT OF**

**SARAH Y. VINSON, MD**

1

**INTRODUCTION**

My name is Sarah Yvonne Vinson. I am a Triple Board-Certified Child & Adolescent, Adult and Forensic Psychiatrist, Principal Consultant at Lorio Forensics, and Professor and Chair of Psychiatry and Behavioral Sciences at Morehouse School of Medicine. I am also Adjunct Clinical Faculty at Emory School of Medicine in the Department of Psychiatry.

My fee for work in this case is $350.00 per hour and for deposition and trial testimony. No portion of these fees is dependent on the nature of my literature review findings or the outcome of this litigation.

*Background*

Multiple American Psychiatric Association presidents have appointed me to national committees within that organization. And within the local psychiatric professional community, my peers have elected me to leadership positions in both the Georgia Psychiatric Physician's Association and the Georgia Chapter of the American Association of Child and Adolescent Psychiatry; I am a past president of both organizations. Additionally, I co-edited the award-winning mental health text Social (In)Justice and Mental Health, which has been used in medical school curricula in psychiatric training programs across the country.

I graduated with Research Honors from the University of Florida College of Medicine where I was elected by my peers into the Chapman Humanism Honor Society. I then completed my Adult/General Psychiatry training at Harvard Medical School/Cambridge Health Alliance. While there, I received specialized training in Trauma through the Victims of Violence Program. This was followed by my completion of two psychiatric specialty training programs or fellowships, in Child & Adolescent Psychiatry and Forensic Psychiatry, at Emory School of Medicine. I have been recognized in state, federal, criminal, and family courts as an expert in the field of psychiatry. Over the course of my medical career, I have diagnosed, evaluated and treated patients with psychiatric disorders and histories of trauma and continue to do so with modalities including psychotherapy and psychopharmacology. Further, the patient populations served are disproportionately impacted by racism and discrimination.

My curriculum vitae, which includes my peer-reviewed publications, is attached as Exhibit A.

I have provided deposition and trial testimony as an expert witness in several state and federal cases. A list of cases where I have testified in the last four years are attached as Exhibit B.

2

*Scope of Assignment*

I have been asked by counsel for Plaintiffs to perform a review of the scientific peer-reviewed literature regarding the physical and psychological impacts that one can face after experiencing racial discrimination in person and online.

## LITERATURE REVIEW

Racism has been well documented to have a significant and negative impact on racial minorities (Awad et al., 2019). Structural racism refers to the history, culture, institutions, and policies that reinforce the legitimacy of a society that systematically disadvantages non-white people. The consequences of structural racism shape the environments of minority people creating and maintaining conditions such as poverty, food deserts, environmental pollution, inequitable healthcare, and disparate criminal justice outcomes (e.g., police brutality, inequitable surveillance, and incarceration). Because of its far-reaching effects, racism is a pervasive and chronic stressor, with significant implications for both mental and physical wellbeing.

The stress created by structural racism is compounded by experiences of interpersonal racism. Interpersonal racism is the expression of racial bias (conscious or unconscious) mediated through personal interactions between individuals, including behaviors such as microaggressions, microinsults, microinvalidations, and microassults (Sue et al., 2007): Microaggressions, sometimes called 'modern racism,' refer to the common, yet subtle ways that racial bias is transmitted in daily settings such as classrooms and workplaces; microassaults are explicit derogatory comments such as racial slurs that are easily identifiable as racist behavior; microinsults are subtle remarks, behaviors, or omissions that are motivated by (conscious or not) disdain or devaluing of a racial group; and microinvalidation occurs when the targeted individuals label their discriminatory experiences as being race-based and their concerns are dismissed and ignored.

The impact of interpersonal racism is compounded because it occurs continuously, in multiple settings, and typically by individuals in close proximity to the marginalized individual (e.g., friends, coworkers, neighbors, classmates). When stressors are continuous and uncontrollable, the body responds by maintaining a state of high alert. In this state, the brain floods the body with stress hormones to remain vigilant in response to potential harms.

### *Racism as Trauma*

Racism is traumatic because "exposure to racism, in itself, can produce traumatic stress reactions (i.e., hyperarousal, intrusion or re-experiencing, avoidance or numbing, and negative self- concept) that coincide with symptoms of posttraumatic

stress disorder" (Carter, Gibbons, & Beach, 2021, p.5). Racial trauma describes the stress responses a minoritized individual develops following "a multitude of racialized incidents including threat of harm and injury, humiliating and shaming events, and witnessing racial discrimination or racialized violence towards other minoritized people" (Carter et al, 2021, p. 5). Racial trauma is the "cumulative impact of race-based traumatic experiences at individual, institutional, and systemic levels" (Cénat, 2023, p. 675).

Although negative racialized experiences are not new, recent literature has strengthened the scientific foundation for understanding racism as a traumatic experience for minority individuals in order to better diagnose and address the resulting symptoms (Saleem et al., 2020). Unfortunately, due to a lack of emphasis on racial trauma in the broader mental health literature, authentic racial trauma symptoms are often misdiagnosed or overlooked by clinicians (Williams et al., 2015) in routine practice. For example, conceptualizing Post-Traumatic Stress Disorder (PTSD) as a response to a singular traumatic event severely limits understanding of how trauma symptoms are developed and maintained in an individual when the adverse psychological impact is in response to sustained, repetitive and/or chronic stressors - like racism.

Racial discrimination where an individual directly experiences or witnesses a racially motivated violent attack fits the narrow diagnostic criteria for PTSD. However, this is only one form of how racism manifests in modern society. Racism is distinct from other traumas linked to PTSD because there is no distinct end to the experience of living in racially oppressive environments for ethnic minority people. *Complex racial trauma* (CoRT) expands the scope of trauma to include multiple, recurring experiences that may have a layered, compounding effect on an individual's mental health. CoRT refers to the exposure to continuous, negative racialized experiences that have a cumulative impact at individual, institutional, and systemic levels (Cenat, 2023; Williams, James, and Leins, 2018).

### *Racism's Mental Health and Medical Harms*

Like other forms of stress, race-based stress significantly contributes to the development and expression of physical and psychiatric disorders. Chronic exposure to racism takes an enormous toll on the minority individual in a phenomenon often referred to as "weathering" (Grasser and Jovanic, 2022; Webb et al., 2024). Research has demonstrated that experiencing racism has similar biological effects on Black Americans as other forms of trauma. Both racism and trauma (separately and together) have negative physical and psychological health implications.

While this review focuses on the impacts of structural racism on minority populations, it is vital to note that structural racism also has a harmful impact on the racial majority. For example, health researchers have now documented an absolute

4

decline in the life expectancy of white people with 11 or fewer years of education (Blacksher, 2018). Studies on absolute decline in US life expectancy reveal that as result of explicit racist rhetoric and policy proposals used to disadvantage black and brown communities, low-education white women have lost 3 - 5 years of lifespan; men have lost between 6 months - 3 years, (Blacksher, 2018). This trend underscores how systemic racial inequity is harmful across racial lines.

### *Medical Harms*

Trauma and PTSD literature have established that a PTSD diagnosis is linked to stress biomarkers such as "elevated glucocorticoids, C-reactive proteins, proinflammatory cytokines, and neuroendocrine risk indicators" (Carter et al., 2021, p. 6). The same biomarkers have been documented in adult populations who experience racial discrimination, underscoring the negative effects that racism has on an individual's functioning and well-being (Carter et al., 2021).

Racism-related stress uniquely engages the hypothalamic-pituitary adrenal (HPA) axis, a key hormonal circuit needed for the brain and body to appropriately assess, interpret, regulate, and respond to undesirable events in the environment (Webb et al., 2024). Typically, this circuit serves to protect individuals from short-term, acute stress; however, the pervasive nature of racism over-activates the circuit and leaves Black individuals consistently exposed to high levels of physiologic distress. Exposure to racial discrimination elevates cortisol levels, increases inflammatory markers for cardiac risk (CRP and IL-6), and overloads the immune system, directly impacting the *allostatic load* (i.e., a measurement of the cumulative effect of chronic stress across physiological systems such as cortisol level, blood pressure, norepinephrine, and epinephrine; Simon et al., 2020; Webb et al., 2024). The resulting increased and sustained inflammation in the body exposes individuals to chronic diseases such as type II diabetes, Alzheimer's disease, chronic kidney disease, and some forms of cancer (Simons et al., 2020).

Chronic exposure to racism can also impact brain functioning. This includes changes to the amygdala, hippocampus, cingulate cortex, and prefrontal cortex – key structures in associative fear learning (a neutral signal repeatedly paired with a threat becomes a fear-inducing signal), threat perception, and emotion regulation (Grasser and Jovanic, 2022). Racial discrimination has also been documented as a key factor in changes to both grey and white matter in the brain causing cognitive decline (Fani et al., 2022). Repeated discrimination increases the risk of depression, and anxiety, alongside posttraumatic stress (MacIntyre, Zare, and Williams, 2023; Lawerance et al., 2022; Bailey, Mokongoho, Kumar, 2019, Blanco et al., 2014). Racism-based stress may lead to changes in behavior including poor sleep patterns, stress-related eating disorders, and changes in physical activity (Woods-Giscombe et al., 2019).

Racial trauma is linked to a host of issues including "biological impacts (central nervous system, endocrine, metabolic, immune, cardiovascular), interpersonal consequences (conduct problems, adjustment problems, externalizing problems, difficulty in romantic relationships), cognitive effects (internalizing problems, self-esteem), socioeconomic consequences (difficulty maintaining a job, unemployment, poverty), and major long-term health impacts" such as "diabetes, hypertension, endocrine, cardiovascular illness, and mental-health concerns (i.e., depression, anxiety, PTSD, substance abuse, suicidal ideation and behaviors), in addition to premature death" (Cénat, 2023, p. 677). The effects of racial trauma are corrosive to the body's regulatory systems and socioemotional functioning over time.

### *Mental Health Harms*

Psychological effects of chronic racial discrimination include "depression, stress, isolation, psychological distress, suicidal ideation, and anxiety" (Hemmings & Evans, 2018, p. 23). Further, because many instances of racial discrimination are interpersonal in nature, these interactions can be internalized by the victim and reshape their perceptions of themselves, their racial group, and the world. Internalized racism refers to the "acceptance of negative stereotypes about one's own racial group" (Willis et al, 2021, p. 384).

From an early age, minority individuals are given messages about race from popular media, family values, direct experience, and observation. These covert and overt messages perpetuate the narrative that White values, lifestyles, and beauty standards are normative and desirable in contrast to any other racial or ethnic customs. Individuals may begin to internalize negative societal messages about their minority status in society and incorporate them into their self-concept (Roberson & Pieterse, 2021). The result can be disdain for members of their minority group and negative feelings about themselves as a racial minority. Internalized racism is associated with psychological distress (Willis et al., 2021). The harmful cognitive and emotional impacts of absorbing racist messaging include low self-esteem, rejection of one's identity, poor psychological adjustment.

Studies have demonstrated that increased experiences of racism resulted in higher anticipatory racism-related stress responses (e.g., increased perseveration about racial stressors and physiological anticipation of future racism; Hope et al., 2021). The cumulative effects of this elevated stress response stress can create "disturbances in self-regulatory processes, such as difficulties with aggressive or angry behaviors, social avoidance, dissociative symptoms, and anxiety" (Williams et al., 2018, p. 6). When compared to other adolescents, adolescent experiences of racial discrimination have been associated with a higher level of depressive symptoms (Simons et al., 2002), lower self-esteem, higher levels of depressive symptoms, increased anger, and involvement in problem behaviors (Wong, Ecclees, & Sameroff, 2003). Overall,

6

perceived experiences of discrimination have a negative psychological impact on well-being for racial minority individuals.

### Exposure to Racism Exacerbates Other Trauma

Trauma symptoms from non-race related trauma are exacerbated by chronic exposure to racial trauma. Racial trauma often coincides with other traumas such that it magnifies and maintains the symptoms associated with those traumas (e.g., domestic violence, poverty, housing insecurity, increased contact with police and child protective services; Carter et al., 2021). The environmental conditions resulting from structural racism deeply saturate the social climate among and between marginalized people. Racial inequality maintains these difficult conditions and heightens the probability of other traumatic experiences within minority communities. For example, intimate partner violence (IPV) can impact women regardless of racial and ethnic identity; however, racially minoritized women experience higher rates of poverty, discrimination, and social stigma, in addition to IPV (Campbell, 2016; Lacey et al., 2015). "Intimate partner violence and its effects among racial and ethnic minority women is compounded by historical experiences of societal trauma such as racism and sexism" (Campbell, 2016, p. 66) leading to lower self-esteem as a result of self-blaming behaviors in comparison to non-racialized peers who also experienced IPV.

The compounding effect of racial trauma has been demonstrated in studies where PTSD symptoms following interpersonal trauma were more apparent in individuals who had experienced higher levels of racial discrimination (Mekawi et al., 2021). For instance, African-American women who experience high levels of both community violence (e.g., poor housing quality, neighborhood deterioration, stressful neighborhoods, social isolation, segregated neighborhoods) and IPV report more traumatic stress symptoms than those who are exposed to one type of violence or no violence at all (Lacey et al., 2015; Brown, Hill, and Lambert, 2005).

### Epigenetics and Racial Trauma on Development

The negative impact of racial trauma can compromise Black children's physical and psychological development. Experiences of racism often begin in childhood with more than 90% of Black Americans experiencing racial discrimination as early as age eight (Priest et al., 2013). Black youth (of various ages) experience racial discrimination at higher rates than other racial/ethnic groups in the United States leaving Black adolescents vulnerable to long-lasting physiological and behavioral changes during critical developmental periods. For adolescents, experiences of racial discrimination lead to similar physiological changes as adults, including increased cortisol, elevated blood pressure, increased inflammatory markers, increased risk for respiratory issues, and elevated risk of type II diabetes (Shonkoff et al., 2021). Children are particularly vulnerable to aversive behavioral changes such as intrusive thoughts

7

and hypervigilance in ways that put youth at risk for future mental health conditions (Shonkoff et al., 2021). A 2014 study found that racial discrimination experienced at age 16 was linked to increased physiological stress markers measured at age 20. (Brody et al., 2014).

Researchers have found that everyday discrimination reported during a mother's pregnancy predicted greater inhibition/separation problems and negative emotionality in their children at six months and at one year of age (Shonkoff et al., 2021). Racial trauma is transferrable from mother to child via distinct changes to mitochondrial DNA markers and proinflammatory phenotypes (Shonkoff et al., 2021). Intergenerational trauma theory acknowledges that the negative impacts of mass traumatic experiences are passed to future generations "through physiological, environmental, and social pathways. . . result[ing] in an intergenerational cycle of trauma response, including general medical (e.g., compromised immune system, endocrine impairment, and adrenal maladaptation), social (e.g., domestic violence, child maltreatment, substance abuse, and involvement in crime), and psychological (e.g., depression, panic or anxiety disorders, and posttraumatic stress disorder)" (Hankerson et al., 2022, p. 435).

Those that suffer from PTSD experience enzymatic alterations that are heritable and are then expressed in the DNA of their children as demonstrated in the offspring of Holocaust survivors (Bierer et al., 2014). One brain-based enzymatic change that traumatized individuals experience is dysregulation of glucocorticoids, a hormone that contributes to an adaptive stress response. Glucocorticoid down-regulation is present not just in those with PTSD but in their offspring as well. Earlier trauma exposure results in a more developmentally pervasive biological change in the individual. These biological changes (i.e., epigenetics) increase the biological likelihood that such offspring will develop anxiety and depressive disorders. Epigenetic changes are activated by environmental stress (Dias et al., 2015). This means that individuals who are genetically predisposed to psychological disorders due to intergenerational trauma and who also experience high levels of trauma in their present lives are even more likely to express the negative effects associated with trauma.

### *Housing Discrimination and Instability Impacts on Youth Academics*

The far-reaching effects of historical racism can be detected within the housing sector, including housing discrimination, residential segregation, redlining, and gentrification (Williams et al. 2019). "Involuntary moves (evictions) are the most disruptive type of residential move" (Haley, 2020, p. 8). Experiencing eviction and/or unstable living negatively affects children's well-being, increasing their risk of developmental delays, behavioral issues, and mental health conditions (Zehrung et al., 2024). Such experiences can also have long-term impacts on their life outcomes. For example, childhood housing instability and experiencing multiple moves is

associated with a higher risk of depression and anxiety in adulthood (Zehrung et al., 2024) as well as aggression, rule-breaking, and other disruptive behaviors (Hanson, 2025).

Further, eviction increases absenteeism in school (Collinson et al, 2025), which is a critical social determinant of youth mental health. On average, students missed more than 10% of school days as a result of eviction or housing instability (Collinson et al. 2025, p. 3). Eviction also increases the likelihood of switching schools in the same year by 7.6%, that is a 46.6% increase relative to the non-evicted student population (Collinson et al, 2025, p. 27). A single, planned school change can impede student growth; multiple, unplanned school changes are associated with increased risk of dropping out and missing developmental benchmarks, lower standardized test scores and decreased academic engagement and motivation (Haley, 2020; Rumberger and Larson, 1998).

### Housing Discrimination and Instability Impacts on Adults

"Compared to residents in non-redlined neighborhoods, residents in redlined neighborhoods have shown higher rates of preterm birth and infant mortality; higher rates of late-stage diagnosis of cancer; higher rates of injury and gun violence; increased use of emergency room visits for asthma-related events and postoperative complications; higher rates of chronic diseases (e.g., diabetes, mortality, obesity, etc.); higher risk of cardiovascular disease; and increased risk of coronavirus disease (Smith, 2023, p. 16)."

"Older African Americans aged 55 and older have endured decades of interpersonal and structural racism, exposing them to lengthy periods of discrimination over their lifetime (Mouzon et al., 2017). Major discrimination is defined as occurrences that involve being denied or severely limited in access to opportunities in important life domains such as work, housing, and education (Williams, Yu and Jackson, 1997). Some examples of major discrimination include having been unfairly fired or denied a promotion; not hired for a job; prevented from buying, renting, or leasing a home or apartment; denied a bank loan; and denied access to educational opportunities. Older African Americans who experienced higher levels of overall everyday discrimination had higher odds of any lifetime mood disorder, any lifetime anxiety disorder, and number of lifetime DSM-IV disorders."

### Mental Health Harms from Online Racial Discrimination

Online racial discrimination (ORD) is a specific form of racial discrimination that occurs on internet-based platforms and via text (Tynes et al., 2020). This includes derogatory remarks, symbols, images, or behaviors that inflict harm through the use of computers, cell phones and other electronic devices. ORD specifically targets a person's race or ethnicity and can include individual experiences (e.g., being the direct

9

target of discriminatory remarks) or vicarious experiences (e.g., hateful tweets that an individual inadvertently witnesses; Tynes et al., 2020).

ORD has mental health implications for both adolescents and adults. For example, repeated exposure to Black individuals being harmed or murdered via social media, experiences of microaggressions in various online contexts, and overt racism such as being called a racial slur online create and compound the effects of racial trauma (Benard et al., 2020; Saleem et al., 2020). Documented psychological outcomes for ORD in African American youth include depression, anxiety, and negative self-esteem (Tynes, Rose, & Williams, 2010; Tynes et al., 2020). And a dose-response relationship has been observed: Evidence showed that more frequent observations of ORD were associated with higher levels of depressive symptoms and symptoms of PTSD (Njorge et al., 2021). Additionally, Keum & Miller (2017) has revealed that perceived online racism – both individual and vicarious experiences – among adults are associated with increased psychological distress as well.

## **EXPERT CONCLUSION**

In sum, while this review is far from exhaustive, there is ample scientific literature published in reputable peer-reviewed journals and texts that compellingly quantifies and characterizes a multitude of mental and physical harms from racial discrimination, such as that experienced by the plaintiffs and by the Black members of the proposed classes in this case, on the health of Black youth and adults.

Executed this 1st day of December 2025 in DeKalb County, Georgia

*Sarah Y Vinson*

_____

Sarah Y. Vinson, MD, FAPA

## REFERENCES

Awad, G. H., Kia-Keating, M., & Amer, M. M. (2019). A model of cumulative racial–ethnic trauma among Americans of Middle Eastern and North African (MENA) descent. *American Psychologist*, *74*(1), 76.

Baglivio, M. T., Wolff, K. T., Piquero, A. R., Greenwald, M. A., & Epps, N. (2017). Racial/Ethnic Disproportionality in Psychiatric Diagnoses and Treatment in a Sample of Serious Juvenile Offenders. *Journal of Youth and Adolescence*, *46*(7), 1424–1451. https://doi.org/10.1007/s10964-016-0573-4

Bailey, Rahn K., Mokonogho, Josphine., and Kumar, Alok. 2019. "Racial and Ethnic Differences in Depression: Current Perspectives". *Neuropsychiatric Disease and Treatment*, 15 (December): 603–609. https://doi.org/10.2147/NDT.S128584

Bernard, D. L., Calhoun, C. D., Banks, D. E., Halliday, C. A., Hughes-Halbert, C., & Danielson, C. K. (2021). Making the "C-ACE" for a culturally-informed adverse childhood experiences framework to understand the pervasive mental health impact of racism on Black youth. *Journal of Child & Adolescent Trauma*, *14*(2), 233-247.

Bierer, L. M., Bader, H. N., Daskalakis, N. P., Lehrner, A. L., Makotkine, I., Seckl, J. R., & Yehuda, R. (2014). Elevation of 11ß-hydroxysteroid dehydrogenase type 2 activity in Holocaust survivor offspring: Evidence for an intergenerational effect of maternal trauma exposure. *Psychoneuroendocrinology*, *48*, 1–10.

Blacksher, E. (2018). Shrinking poor white life spans: Class, race, and health justice. *The American Journal of Bioethics*, *18*(10), 3-14.

Blanco, Carlos., Rubio, Jose., Wall, Melanie., Wang, Shuai., Jiu, Chelsea. J., and Kendler, Kenneth S. 2014. "Risk Factors for Anxiety Disorders: Common and Specific Effects in a National Sample". *Depression and Anxiety*, 31, no. 9 (February): 756-764. https://doi.org/10.1002/da.22247

Brody, G. H., Lei, M., Chae, D. H., Yu, T., Kogan, S. M., & Beach, S. R. H. (2014). Perceived Discrimination Among African American Adolescents and Allostatic Load: A Longitudinal Analysis With Buffering Effects. *Child Development*, *85*(3), 989–1002.

Carter, Robert & Johnson, Veronica & Kirkinis, Katheirne & Roberson-Miranda, Katheryn & Muchow, Carrie & Galgay, Corinne. (2018). A Meta-Analytic Review of Racial Discrimination: Relationships to Health and Culture. Race and Social Problems. 11. 10.1007/s12552-018-9256-y.

Carter, S. E., Gibbons, F. X., & Beach, S. R. H. (2021). Measuring the biological embedding of racial trauma among Black Americans utilizing the RDoC approach. *Development and Psychopathology*, *33*(5), 1849–1863. https://doi.org/10.1017/S0954579421001073

Cénat, J. M. (2023). Complex racial trauma: Evidence, theory, assessment, and treatment. *Perspectives on Psychological Science*, *18*(3), 675-687.

Collinson, R., Dutz, D., Humphries, J. E., Mader, N. S., Tannenbaum, D., & van Dijk, W. (2025). *The Effects of Eviction on Children* (No. w33659). National Bureau of Economic Research.

Dias, B. G., Maddox, S. A., Klengel, T., & Ressler, K. J. (2015). Epigenetic mechanisms underlying learning and the inheritance of learned behaviors. *Trends in Neurosciences*, *38*(2), 96–107.

Fani, N., Eghbalzad, L., Harnett, N. G., Carter, S. E., Price, M., Stevens, J. S., ... & Bradley, B. (2022). Racial discrimination associates with lower cingulate cortex thickness in trauma-exposed black women. *Neuropsychopharmacology*, *47*(13), 2230-2237.

Grasser, L. R., & Jovanovic, T. (2022). Neural impacts of stigma, racism, and discrimination. *Biological psychiatry: cognitive neuroscience and neuroimaging*, *7*(12), 1225-1234.

Haley, V. P. (2020). The Impact of Eviction on Student Displacement. *An Atlanta Case Study.[Google Scholar]*.

Hankerson, S. H., Moise, N., Wilson, D., Waller, B. Y., Arnold, K. T., Duarte, C., Lugo-Candelas, C., Weissman, M. M., Wainberg, M., Yehuda, R., & Shim, R. (2022). The Intergenerational Impact of Structural Racism and Cumulative Trauma on Depression. *American Journal of Psychiatry*, *179*(6), 434–440. https://doi.org/10.1176/appi.ajp.21101000

Hanson, J. L. (2025). Stress About Eviction or Loss of Housing and Child Mental Health. *JAMA Network Open*, *8*(2), e2458984-e2458984.

Hemmings, Carrie & Evans, Amanda. (2018). "Identifying and Treating Race-Based Trauma in Counseling". Journal of Multicultural Counseling and Development. 46. 20-39. 10.1002/jmcd.12090.

Hope, E. C., Brinkman, M., Hoggard, L. S., Stokes, M. N., Hatton, V., Volpe, V. V, & Elliot, E. (2021). Black adolescents' anticipatory stress responses to multilevel racism: The role of racial identity. *American Journal of Orthopsychiatry*, *91*(4), 487.

Keum, B. T., & Miller, M. J. (2017). Racism in digital era: Development and initial validation of the Perceived Online Racism Scale (PORS v1. 0). *Journal of Counseling Psychology*, *64*(3), 310.

Lawrence, J. A., Kawachi, I., White, K., Bassett, M. T., Priest, N., Masunga, J. G., ... & Williams, D. R. (2022). A systematic review and meta-analysis of the Everyday Discrimination Scale and biomarker outcomes. *Psychoneuroendocrinology*, *142*, 105772.

MacIntyre, M. M., Zare, M., & Williams, M. T. (2023). Anxiety-related disorders in the context of racism. *Current Psychiatry Reports*, *25*(2), 31-43.

Mekawi, Y., Carter, S., Brown, B., Martinez de Andino, A., Fani, N., Michopoulos, V., & Powers, A. (2021). Interpersonal trauma and posttraumatic stress disorder among black women: does racial discrimination matter? *Journal of Trauma & Dissociation*, *22*(2), 154–169.

Njoroge, W. F., Forkpa, M., & Bath, E. (2021). Impact of racial discrimination on the mental health of minoritized youth. *Current Psychiatry Reports*, *23*(12), 81

Priest, N., Paradies, Y., Trenerry, B., Truong, M., Karlsen, S., & Kelly, Y. (2013). A systematic review of studies examining the relationship between reported racism and health and wellbeing for children and young people. *Social Science & Medicine*, *95*, 115–127. https://doi.org/10.1016/j.socscimed.2012.11.031

Rumberger, R. W., & Larson, K. A. (1998). Student mobility and the increased risk of high school dropout. American journal of Education, 107(1), 1-35)

Saleem, F. T., Anderson, R. E., & Williams, M. (2020). Addressing the "myth" of racial trauma: Developmental and ecological considerations for youth of color. *Clinical Child and Family Psychology Review*, *23*, 1–14.

Shonkoff, J. P., Slopen, N., & Williams, D. R. (2021). Early childhood adversity, toxic stress, and the impacts of racism on the foundations of health. *Annual review of public health*, *42*(1), 115-134.

Simons, R. L., Lei, M. K., Klopack, E., Zhang, Y., Gibbons, F. X., & Beach, S. R. (2021). Racial discrimination, inflammation, and chronic illness among African American women at midlife: support for the weathering perspective. *Journal of racial and ethnic health disparities*, *8*(2), 339-349.

Sue, D. W., Capodilupo, C. M., Torino, G. C., Bucceri, J. M., Holder, A., Nadal, K. L., & Esquilin, M. (2007). Racial microaggressions in everyday life: implications for clinical practice. *American Psychologist*, *62*(4), 271.

Tynes, B. M., English, D., Del Toro, J., Smith, N. A., Lozada, F. T., & Williams, D. R. (2020). Trajectories of online racial discrimination and psychological functioning among African American and Latino adolescents. *Child development*, *91*(5), 1577-1593.

Tynes, B. M., Rose, C. A., & Williams, D. R. (2010). The development and validation of the online victimization scale for adolescents. *Cyberpsychology: Journal of Psychosocial Research on Cyberspace*, *4*(2).

Webb, E. K., Carter, S. E., Ressler, K. J., Fani, N., & Harnett, N. G. (2024). The neurophysiological consequences of racism-related stressors in Black Americans. *Neuroscience & Biobehavioral Reviews*, *161*, 105638.

Williams, D. R., Lawrence, J. A., & Davis, B. A. (2019). Racism and health: evidence and needed research. *Annual review of public health*, *40*(1), 105-125.

Williams, M. T., Malcoun, E., & Bahojb Nouri, L. (2015). Assessment of posttraumatic stress disorder with African Americans. *Guide to Psychological Assessment with African Americans*, 163–182.

Williams, M. T., Metzger, I. W., Leins, C., & DeLapp, C. (2018). Assessing racial trauma within a DSM–5 framework: The UConn Racial/Ethnic Stress & Trauma Survey. *Practice Innovations*, *3*(4), 242.

Woods-Giscombe, Cheryl L., Allen, Amani M., Black, Angela R., Steed, Teneka C., Li, Yin., and Lackey, Charity. 2019. "The Giscombe Superwoman Schema Questionnaire: Psychometric Properties and Associations with Mental Health and Health Behaviors in African American Women". *Issues in Mental Health Nursing*, 40, no. 8 (May): 672- 681. https://doi.org/10.1080/01612840.2019.1584654

Zehrung R, Hu D, Guo Y, Zheng K, Chen Y. Investigating the effects of housing instability on depression, anxiety, and mental health treatment in childhood and adolescence. AMIA Annu Symp Proc. 2025 May 22;2024:1303-1312. PMID: 40417547; PMCID: PMC12099419.