## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend<br><br>Plaintiffs,<br><br>v.<br><br>Providence Homeowners Association, FirstService Residential Texas, Inc.,<br><br>Defendants. | § § § § § § § § § § § § § | Case No. 4:25-CV-00418-ALM<br><br>JURY DEMANDED |

## ORDER

On this day came on for consideration Defendants' Joint Objections and Motion to Strike the Expert Opinion of Dr. Sarah Vinson ("Motion"), filed by Defendants, FirstService Residential Texas, Inc., and Providence Homeowners Association, Inc., and the Court, having considered the Motion, and any responses to the Motion, is of the opinion and finds that the Motion should be GRANTED in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED in its entirety and Defendants' objections to the opinion and testimony of Plaintiff's designated expert, Dr. Sarah Vinson, are SUSTAINED in their entirety.

IT IS FURTHER ORDERED that the opinion and testimony of Dr. Sarah Vinson are excluded in their entirety and Dr. Sarah Vinson is prevented from providing any testimony or opinions to be used on a motion, at a hearing, or at trial, in this lawsuit.

**IT IS SO ORDERED.**

3226250.1