# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

DEWANNA JOHNSON, ET AL.  §
§
V.  § CIVIL ACTION NO.   4:25CV418
§ JUDGE MAZZANT
PROVIDENCE HOMEOWNERS §
ASSOCIATION, ET AL.  §
§

## ORDER

The Court hereby sets the Class Certification Hearing of this case for *1:30 p.m.* on *Monday, June 8, 2026,* at the *Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, TX 75090.*

**IT IS SO ORDERED.**

 **SIGNED this 29th day of April, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE