## IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DEWANNA JOHNSON *ET AL.*** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CV-00418** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY DEMAND** |
| **ASSOCIATION, FIRSTSERVICE** | § | |
| **RESIDENTIAL TEXAS, INC.** | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANT FIRSTSERVICE RESIDENTIAL TEXAS, INC.'S
### NOTICE OF EXPERT DISCLOSURE AND DESIGNATION

Defendant FirstService Residential Texas, Inc. serves this notice that it has disclosed and designated its experts on March 20, 2026, and provided the Expert Report of Helga Zauner on April 20, 2026.

Respectfully submitted,

/s/ *Roger L. McCleary*
Roger L. McCleary (SBOT: 13393700)
rmccleary@pmmlaw.com
James C. Burnett (SBOT: 24094025)
jburnett@pmmlaw.com
Parsons McEntire McCleary PLLC
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315 (Telephone)
(713) 960-7347 (Facsimile)

**COUNSEL FOR DEFENDANT FIRST**
**SERVICE RESIDENTIAL TEXAS, INC.**

3223224

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of May 2026 that a copy of the foregoing was filed and served on all parties and their respective counsel.

/s/ Roger L. McCleary
Roger L. McCleary

3227877