## IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DEWANNA JOHNSON *ET AL*.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CV-00418** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY DEMAND** |
| **ASSOCIATION, FIRSTSERVICE** | § | |
| **RESIDENTIAL TEXAS, INC.** | § | |
| | § | |
| *Defendants*. | § | |

### ORDER GRANTING EXTENSION OF TIME

On this date, the Court considered Defendant FirstService Residential Texas, Inc. ("FirstService")'s Unopposed Motion ("Unopposed Motion") for Extension of Time to File Reply to Plaintiffs' Response in Opposition to Defendants' Joint Objections and Motion to Strike the Expert Opinion of Dr. Vinson (Dkt. #118) ("Response"). Having considered the Unopposed Motion, the Court finds that the Unopposed Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Unopposed Motion is GRANTED and Defendants' deadline to file a Reply to Plaintiffs' Response is extended up to and including **May 18, 2026.**

**IT IS SO ORDERED.**

SIGNED this 15th day of May, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE