# Exhibit 1

| **From:** | Heenan, Palmer T |
| **To:** | Heenan, Palmer T |
| **Cc:** | Coy, Rebecca M; Dykstra, Julia; Wheaton-Rodriguez, Allyssa D; Price, Kathryn E; Quirk, Kimberly A |
| **Subject:** | HUD v. Providence HOA, et al., 25-AF-0146-FH-003 |
| **Date:** | Monday, February 24, 2025 12:39:27 PM |

Good afternoon,

On Friday, February 21, 2025, HUD's Office of General Counsel withdrew the referral of the above-captioned case to the Department of Justice.  We have no further information at this time.

Sincerely,

**Palmer Heenan**

Office of General Counsel, Fair Housing Enforcement Division

U.S. Department of Housing and Urban Development

451 7th Street SW

Washington, D.C. 20410

E-mail: Palmer.T.Heenan@hud.gov

Phone: (202) 402-8167

The information in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please re-send it to the sender and delete the original message and any copy of it from your computer system.