# United States District Court

## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEWANNA JOHNSON *ET AL.*, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:25-cv-418 |
| PROVIDENCE HOMEOWNERS ASSOCIATION, FIRSTSERVICE RESIDENTIAL TEXAS, INC., | § § § § | Judge Mazzant |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| MCKINNEY HOUSING AUTHORITY, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:25-cv-467 |
| PROVIDENCE HOMEOWNERS ASSOCIATION, FIRSTSERVICE RESIDENTIAL TEXAS, INC., | § § § § | Judge Mazzant |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| DENTON HOUSING AUTHORITY, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:25-cv-774 |
| PROVIDENCE HOMEOWNERS ASSOCIATION, FIRSTSERVICE RESIDENTIAL TEXAS, INC., | § § § § | Judge Mazzant |
| *Defendants*. | § § | |

## ORDER

Pending before the Court is the Parties' Agreed Motion for Continuance and Motion for Entry of New Scheduling Order (Dkt. #124). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED in part** and **DENIED in part**.

It is therefore **ORDERED** that the Parties' Agreed Motion for Continuance and Motion for Entry of New Scheduling Order (Dkt. #124) is hereby **GRANTED in part** and **DENIED in part**.

It is further **ORDERED** that all deadlines may be extended by a maximum of 120 days.[1] Acting in accordance with this ruling, the Parties must submit a proposed Scheduling Order within **fourteen (14) days** of the date of this Order.

**IT IS SO ORDERED.**

**SIGNED this 26th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] Of course, the proposed dates remain subject to Court approval. Deadlines pertaining to the PTC and trial date are likely to be further modified.

2