# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEWANNA JOHNSON *ET AL.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-418 |
| PROVIDENCE HOMEOWNERS | § | Judge Mazzant |
| ASSOCIATION, FIRSTSERVICE | § | |
| RESIDENTIAL TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is the Parties' Joint Motion for Continuance of Oral Hearing on Plaintiffs' Motion for Class Certification (the "Motion") (Dkt. #123). Having considered the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Parties' Joint Motion for Continuance of Oral Hearing on Plaintiffs' Motion for Class Certification (Dkt. #123) is hereby **GRANTED**.

It is further **ORDERED** that the oral hearing scheduled for June 8, 2026, on Plaintiff's Motion for Class Certification (Dkt. #37) is continued to **Monday, July 20, 2026, at 9:00 a.m.** in the Paul Brown United States Courthouse, 101 E. Pecan, Sherman, Texas 75090.

**IT IS SO ORDERED.**

**SIGNED this 26th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE