Outlook

## PHOA Case Status

**From** Barnes, Shelly M <Shelly.M.Barnes@hud.gov>

**Date** Mon 8/18/2025 6:13 AM

**Cc** Shepherd, Glenda L <Glenda.L.Shepherd@hud.gov>; Cortez, Cris <Cristina.Cortez@hud.gov>

Dear Complainant,

I have been getting a lot of emails regarding an update to the case. Currently our office has nothing to report. As was explained in January, the referral to the Justice Department was rescinded. All that I can share is that the case is still open and remains charged. We have not been provided any updates as to what is going to happen next. In the event any new information is provided, we will share that with you forthwith.

Respectfully,

**Shelly Barnes**, Equal Opportunity Specialist, Investigator
Region VI, Fair Housing and Equal Opportunity
U.S. Department of Housing and Urban Development
307 W. 7th Street, Suite 1000
Fort Worth, Texas 76102
**Cell:  202-655-1401**
Email: Shelly.M.Barnes@hud.gov
Fax: 202-485-9115



**CONFIDENTIALITY NOTICE:** This message is confidential, intended only for the above named recipient(s) and may contain information that is privileged. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the e-mail address above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.