IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Dewanna Johnson, Sheilla Nathan, Alonzo Tutson, Evora Sykes, Chanell Hobbs, Revisha Silas, Evette Townsend, Plaintiffs, | * * * * * * Case No. 4:25-cv-00418-ALM * |
| v. | * * |
| Providence Homeowners Association, FirstService Residential Texas, Inc., Defendants. | * * * |

PLAINTIFFS' NOTICE OF SERVICE OF
DISCLOSURE OF REBUTTAL EXPERT TESTIMONY

Plaintiffs file this Notice of Service of Disclosure of Rebuttal Expert Testimony in accordance with Local Rule CV-26(c). On May 27, 2026, Plaintiffs served upon counsel for Defendants their Plaintiffs' Disclosure of Rebuttal Expert Testimony and Expert Reports for Dr. Michael Lens pursuant to Fed. R. Civ. P. 26(a)(2) and Fed. R. Civ. P. 26(a)(2)(D)(ii). The disclosure is timely pursuant to the agreement of Defendants' counsel extending the deadline to May 27, 2026, for Plaintiffs' Disclosure of Rebuttal Expert testimony and reports.

Respectfully Submitted,

s/ Laura B. Beshara
Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net
Lead Attorney for Plaintiffs

1

Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net

Lauren Carbajal**
Amira Perryman**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 217-1690
lcarbajal@naacpldf.org
aperryman@naacpldf.org

Jason Bailey**
Maydrian A. Strozier-Lowe*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2187
jbaliey@naacpldf.org
mstrozier-lowe@naacpldf.org

*admitted pro hac vice
** pro hac vice admission forthcoming

Attorneys for Plaintiffs

Certificate of Service

I certify that on May 27, 2026, I electronically filed this document with the Clerk of the U.S. District Court for the Eastern District of Texas using the electronic case filing system. This was also the method of service of this document upon counsel for the other parties in this case.

s/ Laura B. Beshara
Laura B. Beshara

2