IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DEWANNA JOHNSON *ET AL.*** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CV-00418** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY DEMAND** |
| **ASSOCIATION, FIRSTSERVICE** | § | |
| **RESIDENTIAL TEXAS, INC.** | § | |
| | § | |
| ***Defendants*.** | | |

**JOINT MOTION FOR ENTRY OF AGREED AND**
**AMENDED SCHEDULING ORDER**

Plaintiffs, Dewanna Johnson, *et al.*, and Defendants Providence Homeowners Association, Inc. and FirstService Residential Texas, Inc., (collectively, the "Parties") file this Joint Motion file this unopposed motion for entry of agreed and amended scheduling order (the "Motion")[i] and would respectfully show the Court the following:

1.      On May 26, 2026, the Court entered an order in this case, which granted the parties' request for a continuance and set a deadline for the parties to submit an agreed scheduling order. *See* Order (Doc. # 131).

2.      The Parties have negotiated an amended scheduling order, and now they respectfully submit it for review and entry by this Court.

3.      The agreed and amended scheduling order is agreed to by all the parties, and this Motion is unopposed.

Accordingly, the Parties respectfully request that this Honorable Court grant this Motion and enter the agreed and amended scheduling order filed with the Motion.

Dated: June 8, 2026.

Respectfully submitted,

By: /s/ *Roger L. McCleary*

Roger L. McCleary
*Attorney-In-Charge*
SBOT: 13393700
rmccleary@pmmlaw.com
Parsons McEntire McCleary PLLC
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315 (Telephone)
(713) 960-7347 (Facsimile)

**ATTORNEYS FOR DEFENDANT FIRST**
Service Residential Texas, INC.


/s/  Laura B. Beshara*
Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net
Lead Attorney for Plaintiffs

Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net
**Attorneys for Plaintiffs**

*/s/David A. Talbot*
David A. Talbot Esq.
Sarah R. Smith, Esq.
Dinsmore
24 Greenway Plaza, Suite 1400
600 Travis Street, Suite 7350

2

Houston, Texas 77002
Email: *David.Talbot@dinsmore.com*
Email: *Sarah.Smith@dinsmore.com*

**Counsel for Respondent Providence
Homeowners Association, Inc.**

\*SIGNED BY PERMISSION

## CERTIFICATE OF CONFERENCE

I certify that we have complied with the meet and confer requirement in Local Rule CV-7(h) by conferring with Plaintiffs' counsel regarding the subject matter of this motion and that this motion is unopposed by Plaintiffs' counsel

*/s/ Roger L. McCleary*
Roger L. McCleary

## CERTIFICATE OF SERVICE

I certify that on June 8, 2026, this instrument was electronically filed with the Clerk of the U.S. District Court for the Eastern District of Texas using the electronic case filing system. This was also the method of service of this document upon counsel for all other parties in this case.

*/s/ Roger L. McCleary*
Roger L. McCleary

3230822

---

[i] This Motion and the proposed  amended scheduling order is filed by Defendant FirstService subject to and without waiving Defendants' pending Motion to Consolidate for Further Discovery and Trial on Liability [Doc. # 115].

4