## IN THE UNITED STATES DISTRICT COURT
### THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DEWANNA JOHNSON *ET AL.*** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **CASE NO. 4:25-CV-00418** |
| | § | |
| **PROVIDENCE HOMEOWNERS** | § | **JURY DEMAND** |
| **ASSOCIATION, FIRSTSERVICE** | § | |
| **RESIDENTIAL TEXAS, INC.** | § | |
| | § | |
| *Defendants.* | | |

### AGREED AND AMENDED SCHEDULING  ORDER

On this date, the Court considered the Parties' Joint Motion for Entry of  Agreed  and Amended  Scheduling  Order (the "Motion" - Dkt. #135) submitted  per  the  Court's  Order entered on May 26, 2026.[1]  (Doc. # 131). The Parties have submitted a Proposed Amended Scheduling Order pursuant to the Court's Order, Dkt. #131.

Having considered the Motion, the Court finds that the Motion should be GRANTED **as set forth herein**.

The Court, after reviewing the proposed Amended Scheduling Order enters this case-specific order which controls disposition of this action pending further order of the Court. The following actions shall be completed by the date indicated. If no amended deadline is provided below, the prior deadline remains in effect.

---

[1] The Court recognizes that the Motion and this proposed and agreed and amended scheduling order is filed by Defendants subject to and without waiving Defendants' pending Motions to Consolidate for Further Discovery and Trial on Liability. [Doc. # 115].

| DEADLINE | EVENT |
|---|---|
| September 29, 2026 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| September 15, 2026 | Discovery deadline.  All discovery shall be commenced in time to be completed by this date. |
| October 23, 2026 | Notice of intent to offer certified records. |
| October 23, 2026 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| October 30, 2026 | Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's ruling on objections. |
| November 12, 2026 | Motions in limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). |
| November 19, 2026 | Responses to motions in limine due.[2]<br><br>File objections to witnesses, depositions extracts, and |

---

[2] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if there is particularly difficult  or novel issue, the Court needs some time to review the matter. To save time and space respond only to items objected to. All others will be considered to be agreed. Opposing counsel

| | |
|---|---|
| | exhibits, listed in pre-trial order.[3] This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by Court. Usually within 10 days prior to the Final Pretrial Conference. | If numerous objections are filed, the court may set a hearing to consider all pending motions and objections. |
| November 30, 2026 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, TX 75090. |
| To be determined. | Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |

**IT IS SO ORDERED.**

**SIGNED this 1st day of July, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

shall confer in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the court of all the issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel shall confer to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objections.