IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Dewanna Johnson, Sheilla Nathan, | * | |
| Alonzo Tutson, Evora Sykes, Chanell Hobbs | * | |
| Revisha Silas, Evette Townsend, | * | |
| Plaintiffs, | * | |
| | * | Case No. 4:25-CV-00418-ALM |
| | * | |
| v. | * | Judge Mazzant |
| | * | |
| Providence Homeowners Association, | * | |
| FirstService Residential Texas, Inc., | * | |
| Defendants. | * | |

## PLAINTIFFS' NOTICE TO THE COURT

Plaintiffs submit this Notice to inform the Court that Plaintiffs and Defendant Providence Homeowners' Association ("PHOA") have reached a settlement. The settlement will be presented to the Court once the parties complete the class settlement documents. The settlement proposes certification of two settlement classes—one for injunctive relief and one for damages.

The class certification hearing is set for July 20, 2026. That hearing remains necessary to address the proposed class certification against Defendant FirstService Residential Texas, Inc. Plaintiffs are also working with counsel for Defendant PHOA to provide the necessary settlement documents to the Court so the Court can preliminarily approve the class settlement with PHOA at the July 20, 2026 hearing.

Respectfully submitted,

s/ Laura B. Beshara
Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596

1

E-mail: laurabeshara@swbell.net
Lead Attorney for Plaintiffs

Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net

Lauren Carbajal*
Amira Perryman**
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 217-1690
lcarbajal@naacpldf.org
aperryman@naacpldf.org

Jason P. Bailey*
Maydrian A. Strozier-Lowe*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2187
jbaliey@naacpldf.org
mstrozier-lowe@naacpldf.org
*admitted pro hac vice
** pro hac vice admission forthcoming

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served counsel for Defendants with the foregoing document though PACER, as authorized by the Federal Rules of Civil Procedure on July 1, 2026.


s/Laura B. Beshara
Laura B. Beshara
Lead Attorney for Plaintiffs

2