**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE:**   July 20, 2026

| CHIEF DISTRICT JUDGE | COURT REPORTER: Lisa Banta |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY:   Kara Powell |

| JOHNSON | |
|---|---|
| v. | 4:25CV418 |
| PROVIDENCE, ET AL | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Lauren Beshara<br>Michael Daniel<br>Lauren Carbejal<br>Maydrian Strozier-Lowe | Roger McCleary<br>Cody Watson |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   CLASS CERTIFICATION HEARING |
|---|---|
| 10:01 a.m. | Case called. Court notes appearances. |
| 10:02 a.m. | Plaintiff addresses the court regarding settlement matters. |
| 10:07 a.m. | Plaintiff's exhibits 1-3, 11-14, and 16 admitted. |
| 10:08 a.m. | Plaintiff witness: Abigail Self, sworn. Direct examination by Michael Daniel. |
| 10:14 a.m. | Cross examination by Roger McCleary. |
| 10:15 a.m. | Witness excused. |
| 10:16 a.m. | Plaintiff's exhibits 4-10 admitted. |
| 10:16 a.m. | Plaintiff's exhibits 19-25 admitted. |
| 10:17 a.m. | Plaintiff offers exhibit 17. Court takes under advisement. |
| 10:18 a.m. | Plaintiff witness: Sheilla Picon, sworn. Direct examination by Laura Beshara. |
| 10:30 a.m. | Cross examination. |
| 10:33 a.m. | Re-direct by Laura Beshara. |

CASE NO.   4:22-CR-162          DATE:   4/7/25

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:   CLASS CERTIFICATION HEARING |
|---|---|
| 10:34 a.m. | Witness excused. |
| 10:34 a.m. | Plaintiff witness: Dewaynna Johnson, sworn. |
| 10:36 a.m. | Direct examination by Lauren Carbajal. |
| 10:46 a.m. | Cross examination by Roger McCleary. |
| 10:52 a.m. | Re-direct. Witness excused. |
| 10:53 a.m. | Defense exhibits 1-10 admitted.. 10 A and 10 B are demonstrative. |
| 10:54 a.m. | Plaintiff and Defendant close. |
| 11:20 a.m. | Court takes matter under advisement. |
| 11:21 a.m. | Recess. |

DAVID O'TOOLE, CLERK

BY:     Kara Powell
          Courtroom Deputy Clerk