IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JOHNSON et al**<br>*Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | **CIVIL ACTION NO 4:25CV00418**<br>**JUDGE MAZZANT** |
| **PROVIDENCE HOMEOWNERS**<br>**ASSOCIATION et al**<br>*Defendants.* | § <br> § <br> § <br> § | |

## WITNESS LIST

Plaintiff Witnesses: Abigail Self
　　　　　　　　　Sheilla Picon
　　　　　　　　　Dewanna Johnson

Defendant Witness: N/A